# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Jessa J. Gscheidmeier,<br>    Plaintiff,<br><br>v.<br><br><br><br><br>Experian Information Solutions, Inc.;<br>MoneyLion. Inc.; and DOES 1 through<br>100 inclusive,<br><br><br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO.  5:22-cv-00523-XR<br><br><br>NOTICE OF INTENT TO SETTLE<br>BETWEEN PLAINTIFF AND<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

  **PLEASE TAKE NOTICE THAT** Plaintiff Jessa J. Gscheidmeier and Defendant Experian Information Solutions, Inc., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Experian Information Solutions, Inc. within 60 days once the settlement is finalized.

                     **SCHUMACHER LANE PLLC**

Dated:  July 28, 2022    By: */s/ Kyle W. Schumacher*
                Kyle W. Schumacher
                kyle@schumacherlane.com
                P.O. Box 558
                Spring Branch, TX 78070
                503-482-8137 ph
                210-783-1383 fax
                Attorneys for Plaintiff