UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Jessa J. Gscheidmeier,<br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.;<br>MoneyLion. Inc.; and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 5:22-cv-00523-XR |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT MONEYLION, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

**PLEASE TAKE NOTICE THAT** Plaintiff Jessa J. Gscheidmeier, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), hereby voluntary dismisses defendant MoneyLion. Inc., with prejudice, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1)　By the Plaintiff

　　(A)　Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　(i)　A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant MoneyLion. Inc. has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, Defendant MoneyLion. Inc. may be dismissed from the Complaint for all purposes and without an Order.

PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT MONEYLION, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

-1-

-2-

<strong>SCHUMACHER LANE PLLC</strong>

Dated:  August 12, 2022          By:     */s/ Kyle W. Schumacher*
                                         Kyle W. Schumacher SNB: 24106831
                                         Attorney for Plaintiff
                                         Schumacher Lane PLLC
                                         PO Box 558
                                         Spring Branch, Texas 78070
                                         Ph: 503-482-8137
                                         kyle@schumacherlane.com

PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT MONEYLION, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

-2-