UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Jessa J. Gscheidmeier,<br>   Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.;<br>MoneyLion. Inc.; and DOES 1 through 100 inclusive,<br><br>   Defendants. | CASE NO. 5:22-cv-00523-XR |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

**PLEASE TAKE NOTICE THAT** Plaintiff Jessa J. Gscheidmeier, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), hereby voluntary dismisses defendant Experian Information Solutions, Inc., with prejudice, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

 (A) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

  (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Experian Information Solutions, Inc. has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, Defendant Experian

PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

-1-

-2-

Information Solutions, Inc. may be dismissed from the Complaint for all purposes and without an Order.

                                        **SCHUMACHER LANE PLLC**

Dated:  September 16, 2022        By:    */s/ Kyle W. Schumacher*
                                                                 Kyle W. Schumacher SNB: 24106831
                                                                 Attorney for Plaintiff
                                                                 Schumacher Lane PLLC
                                                                 PO Box 558
                                                                 Spring Branch, Texas 78070
                                                                 Ph: 503-482-8137
                                                                 kyle@schumacherlane.com

PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

-2-